## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., ) <br> an individual, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SIMON PROPERTY GROUP (TEXAS), L.P., ) <br> a Texas Limited Partnership, ) <br> and ) <br> DILLARD'S PROPERTIES, INC., ) <br> a Delaware Corporation, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:13-cv-03904-O |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

KU & MUSSMAN, P.A.

By: /s/ Louis I. Mussman
Louis I. Mussman
Florida Bar No. 597155
Ku & Mussman, P.A.
12550 Biscayne Blvd., Suite 406
Miami, FL 33181
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, I electronically filed this foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert A. Bragalone, Esq.
Margaret R. Mead, Esq.
Gordon & Rees LLP
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201

Farrell A. Hochmuth
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, TX 77002

                                         By: /s/ Louis I. Mussman
                                                     Louis I. Mussman